LINKS:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-344 GAF (JEMx) | Date | April 14, 2014 |
|---|---|---|---|
| Title | Bretta Pollara v. Radiant Logistics, Inc. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:**       (In Chambers)

## ORDER RE:OBJECTIONS TO EXHIBITS

The Court has now received the parties' revised objections to proposed trial exhibits. The following sets forth the Court's ruling on those objections.

## OBJECTIONS OF POLLARA/SANTINI

| No. | Exhibit | Ruling |
|---|---|---|
| 300 | Radiant Employee Manual | Overruled.  The relevance and related objections go to weight and not admissibility.  However, the entire manual is not relevant.  The Court will admit pages 1-6 of the manual (Bates 319-324) |
| 301 | Pollara Receipt for Employee Manual | Overruled. |
| 303 | Refner Non-Disclosure Agreement | Overruled.  The dismissal of Refner does not render the document inadmissible.  It is relevant to show DBA's policy and its application to Refner who works for Santini. |
| 326 | Lease Agreement for Santini Productions | Overruled.  The document contains relevant evidence of the connection between Santini and Oceanair |

# LINKS:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 12-344 GAF (JEMx) | Date | April 14, 2014 |
|---|---|---|---|
| Title | Bretta Pollara v. Radiant Logistics, Inc. | | |

| 331 | Report of Santini's Sales while employed at DBA | Overruled subject to proper authentication at trial. They are relevant to Santini's customer contacts as a Radiant employee. [Note: this is precisely the kind of objection that the parties should have resolved by meet and confer.] |
|---|---|---|
| 332 | Paul Pollara's Non-Compete Agreement | Overruled. The trial includes a claim of interference with contractual relations which requires proof of the existence of the contract. |
| 349 | Arbitration Award | Withdrawn by Radiant/DBA. |
| 358 | Damage Chart | Withdrawn by Radiant/DBA. |

## OCEANAIR, INC.'S OBJECTIONS

| No. | Exhibit | Ruling |
|---|---|---|
| 307, 308, 310-12, 326, 350, 351, 388, 391, 404, 407 | Emails between Santini and Third Parties regarding her new business. The documents contain repeated references to Oceanair. | With respect to the email communications, the hearsay objections are overruled. To the extent that they can be considered "statements" within the meaning of the hearsay rule, as to Santini, they are party admissions under FRE 801(d)(2)(A); as to Oceanair they are admissible under FRE 801(d)(2)(C) and (D). Moreover, a number of them appear to be verbal conduct that is not even subject to a hearsay objection – e.g., Ex. 404 exchange of pleasantries and congratulations.<br><br>Sustained as to Exhibit 312; correspondence from counsel is not relevant and creates a risk of undue prejudice.<br><br>With respect to the Interrogatory Responses, Exhibit 350 and 351, those will be admitted with the limiting instruction that they are admitted as against Santini only. The foundational requirements of Rule 801(d)(2)(C) and (D) have not been met with respect to these responses.<br><br>Exhibit 391 was not provided. No ruling. |

**LINKS:**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-344 GAF (JEMx) | Date | April 14, 2014 |
|---|---|---|---|
| Title | Bretta Pollara v. Radiant Logistics, Inc. | | |

| | | |
|---|---|---|
| Exhibits 376, 418-453, 457-480 | Documentation regarding DBA's relationship with specific customers prior to Santini's departure. [Sampling provided: 420, 433, 458, 466, 480.] | Overruled. If the jury concludes that customer identities were a trade secret, these documents are relevant to the question of causation. |
| 303 | Refner non-disclosure agreement. | Overruled. See above. |
| 312. | Faustman Letter to Santini | Sustained in the liability phase of the trial. |
| 313 | Faustman Letter to Oceanair Inc. | Sustained in the liability phase of the trial. |
| 319 | Email from Paul Pollara to Ed Kaplan at Oceanair | No Ruling. |
| 322 | Customer List | Subject to proper authentication, the objection is overruled. |
| 327 | Emails between Santini and Others regarding a business transaction. | Overruled. The documentation suggests that Santini was diverting business to Oceanair before her departure from DBA. |
| 332 | Paul Pollara Non-Compete Agreement | Overruled. See above. |
| 347 | Santini Address Book | Subject to proper authentication, the objection is overruled. |
| 349 | Arbitration Award | Withdrawn |
| 358 | Damage Chart | Withdrawn |
| 359-60 | Deposition Excerpts | No Ruling. |

LINKS:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-344 GAF (JEMx) | Date | April 14, 2014 |
|---|---|---|---|
| Title | Bretta Pollara v. Radiant Logistics, Inc. | | |

| | | |
|---|---|---|
| 362 | Paul Pollara Deposition Transcript | Sustained. The transcript may be used for impeachment purposes only if Pollara testifies. |
| 367 | Damages Chart | Withdrawn |
| 396 | Document regarding shipping rates | Sustained. |
| 409 | DBA List of Customers serviced by Santini | Overruled, subject to proper authentication at trial. |
| 483 | Damage Chart | Withdrawn |
| 484 | Response to Document Request | Withdrawn |

**IT IS SO ORDERED.**