**LINKS:**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-344 GAF (JEMx) | Date | April 17, 2014 |
|---|---|---|---|
| Title | Bretta Pollara v. Radiant Logistics, Inc.; Radiant Logistics, et al. v. Bretta Pollara, et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:** (In Chambers)

## ORDER RE: MOTION CONCERNING EXHIBIT 347

Defendant has moved for the admission of Exhibit 347, Pollara's address book. The Court has already addressed this issue in its ruling on the parties' objections to exhibits. The Court concluded that the document is relevant and that it is not subject to any hearsay objection. Therefore, subject to the presentation of authenticating evidence, which appears to be easily established, the document should be admitted.

At the time that the Court ruled on the objections, it did not have the authenticating evidence before it. Now that it has had a chance to review that information, objections to the document are overruled, and it will be admitted.

**IT IS SO ORDERED.**