**LINKS:**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-344 GAF (JEMx) | Date | April 17, 2014 |
|---|---|---|---|
| Title | Bretta Pollara v. Radiant Logistics, Inc.; Radiant Logistics, et al. v. Bretta Pollara, et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Stephen Montes Kerr | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**     **(In Chambers)**

**NOTICE TO COUNSEL**

Counsel are notified of the following:

1. The first day of trial will be conducted from 8:30 a.m. to approximately 5:30 p.m. Thereafter, trial proceedings will be conducted from 8:30 a.m. to approximately 2:30 to 3:00 p.m. without a lunch break.

2. After the jury is impaneled, the Court will give the jury preliminary instructions from Chapter 1 of the Ninth Circuit Model Instructions. These instructions will address general topics such as what is evidence, direct and circumstantial evidence, credibility of witnesses and the like. The Court will not instruct on the claims or defenses in the preliminary instructions.

3. As noted previously, the Court is realigning the parties to reflect that the claims presented are being presented by Radiant/DBA. Accordingly, counsel for Radiant/DBA will be seated on the plaintiff's side of the courtroom closest to the jury. Counsel for Pollara and Oceanair will sit on the defendant's side of the courtroom.

4. The Court reminds counsel that each side will be given three peremptory challenges which must be jointly exercised. The procedure is "use or lose," meaning that a pass is considered a use of the challenge. However, if one side passes and the adversary exercises a peremptory challenge, the side that passed may use any remaining challenge as to any juror in the box.

**IT IS SO ORDERED.**