LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-344 GAF (JEMx) | Date | April 18, 2014 |
|---|---|---|---|
| Title | Bretta Pollara v. Radiant Logistics, Inc.; Radiant Logistics, et al. v. Bretta Pollara, et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** (In Chambers)

### ORDER RE: FURTHER MOTION PRACTICE

    The Court has received numerous motions from the parties, all of which are essentially motions in limine that were filed after the Court ordered that no further motions were to be filed in this Court. The Court has addressed or is in the process of addressing those motions, but will not address any further pre-trial motions. If the parties attempt to file further motions (any motion after Docket No. 284), the Court will strike the motion and will not consider it.

    Accordingly, the Court suggests that the parties use the weekend to prepare for trial and not for the purpose of submitting motions that the Court will not consider.

    **IT IS SO ORDERED.**