LINK: 284

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-344 GAF (JEMx) | Date | April 18, 2014 |
|---|---|---|---|
| Title | Bretta Pollara v. Radiant Logistics, Inc.; Radiant Logistics, et al. v. Bretta Pollara, et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:** (In Chambers)

### ORDER RE: EXHIBITS 352, 353, and 354

Exhibits 352 through 354 were included on the amended joint list of exhibits. These three exhibits are declarations that Pollara submitted in connection with motions filed in this case. They were apparently included because Radiant and DBA, counter-defendants' party opponents, intended to use them at trial. Recently, Radiant and DBA gave notice that it intended to withdraw those exhibits and not use them at trial. Pollara and Oceanair take issue with the withdrawal. They contend that they have been prejudiced because, but for the documents having been included by Radiant and DBA, they would have marked and included them as trial exhibits. This argument is not meritorious.

Pollara and Oceanair cannot have been prejudiced because they had no right to use the documents in the first place. FRE 801(d)(2) provides that an opposing party's statements are not hearsay if offered by the opposing party. However, no party may offer his own out-of-court statement at trial over a hearsay objection. The fact that one's opponent may initially indicate an intention to use such a statement does not forever eliminate the hearsay nature of the statement with respect to the party who made the statement.

Accordingly, Exhibits 352, 353, and 354 may not be admitted by Pollara or Oceanair.

**IT IS SO ORDERED.**