LINK: 272

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 12-344 GAF (JEMx) | Date | April 21, 2014 |
| --- | --- | --- | --- |
| Title | Bretta Pollara v. Radiant Logistics, Inc.; Radiant Logistics, et al. v. Bretta Pollara, et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
| --- | --- | --- |
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| --- | --- |
| None | None |

**Proceedings:**          **(In Chambers)**

### ORDER RE: DEPOSITION EXCERPTS – PAUL POLLARA, KAPLAN, CRAIN

The Court has received several pleadings from the parties regarding dispute over the designation of deposition transcripts.  (See Docket Nos. 263, 272, 276.)   These disputes apparently go back to at least May of 2013, and involve the typical accusation and counter-accusation to which the Court has become accustomed as this case nears trial.  The Court finds significant fault on both sides in the way these issues have been handled, but in the interest of getting this case resolved on the merits, will address the substance of the issue presented.

To provide the parties with as much notice as possible, the Court is issuing this order prior to completing the review of the Bretta Pollara transcripts.  The order will be issued later today.

#### 1.  *Paul Pollara Deposition*

The Court has already ruled that Pollara can be subpoenaed to testify at trial.  His deposition can be used for impeachment purposes but for no other.

#### 2.  *The Kaplan Deposition Excerpts*

The Court has reviewed the proposed deposition excerpts of testimony from the Kaplan deposition.  Radiant and DBA seek to present this evidence at trial.  Counterdefendants object on timeliness grounds, and on other specific grounds discussed below.  The Court will not grant any party's timeliness objection, as indicated above.

**LINK: 272**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 12-344 GAF (JEMx) | Date | April 21, 2014 |
|---|---|---|---|
| Title | Bretta Pollara v. Radiant Logistics, Inc.; Radiant Logistics, et al. v. Bretta Pollara, et al. | | |

The Court will permit the playing of the Kaplan Deposition excerpts subject to the following ruling on specific objections lodged by Oceanair:

| Page/Line | Objection | Ruling |
|---|---|---|
| 57:5-13 | Speculation and Non-responsive | OVERRULED. |
| 64:1-5 | Irrelevant | OVERRULED. |
| 126:14-128:1 | Failure to authenticate | OVERRULED. |
| 165:23-167:9 | Failure to authenticate; hearsay | OVERRULED. The excerpt may be played to 167:6. The next three lines include a question without an answer. It cannot be presented to the jury. |
| 185:10-14 | Irrelevant; prejudicial; argumentative | OBJECTION SUSTAINED. |
| 193:12-194:18 | Non-responsive; speculation | OVERRULED. |

The Court notes that it has not received any objections to the counter-designations of the Kaplan deposition transcript, which are set out in Exhibit D to Docket No. 263.

### 3. *Bohn Crain Deposition*

Radiant/DBA have lodged several objections to the deposition excerpts of Bohn Crain. The following sets forth the Court's ruling on those objections.

//
//
//

**LINK: 272**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-344 GAF (JEMx) | Date | April 21, 2014 |
|---|---|---|---|
| Title | Bretta Pollara v. Radiant Logistics, Inc.; Radiant Logistics, et al. v. Bretta Pollara, et al. | | |

## August 15, 2012 Deposition

| Page/Line | Objection | Ruling |
|---|---|---|
| 107:3-7 | Omission of a portion of the answer at lines 7 and 8. | SUSTAINED.  The entire answer must be included in the excerpt. |
| 173:14-25 | Omission of a portion of the answer at lines 24-25. | SUSTAINED.  The entire answer must be included in the excerpt. |
| 235:12-21 | Omission of a portion of the answer at line 21. | SUSTAINED.  The entire answer must be included in the excerpt. |
| 238:1-5 | Omission of a portion of the answer at line at lines 5-6. | SUSTAINED.  The entire answer must be included in the excerpt. |

## January 28, 2013 Deposition

| Page/Line | Objection | Ruling |
|---|---|---|
| 25:4-18 | Omission of a portion of the answer at line 18. | SUSTAINED.  The entire answer must be included in the excerpt. |
| 63:19-22 | Omission of a portion of the answer at line 22-23. | SUSTAINED.  The entire answer must be included in the excerpt. |

**IT IS SO ORDERED.**